■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAX SAINTROSE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered July 9, 1982, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's primary contention, the reconstructed record of the relatively short and straightforward trial, where the defendant's guilt was overwhelmingly established, was entirely adequate to demonstrate whether genuine appealable and reviewable issues existed *(see, People v Glass,* 43 NY2d 283; *People v Cosme,* 125 AD2d 485, *lv denied* 69 NY2d 878).

We have considered the defendant's other contentions and find them to be without merit. Mangano, J. P., Niehoff, Spatt and Harwood, JJ., concur.

■ PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY SMALLS, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Cooperman, J.), both rendered March 2, 1983, convicting him of manslaughter in the first degree under indictment No. 2765/81, and robbery in the first degree under indictment No. 2698/81, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.